UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>$5,535,870.00 IN UNITED STATES<br>CURRENCY, More or less,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)　Civil Case No. 10-1376-WEB-KMH<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Barry R. Grissom, United States Attorney for the District of Kansas, and Colin Wood and Robin Hathaway, Special Assistant United States Attorneys, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.　　This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: $5,535,870.00 in United States currency, more or less, (hereinafter "defendant property"), for violations of 21 U.S.C. § 841.

### THE DEFENDANT IN REM

2.　　The defendant property consists of the following property: United States currency in the amount of $5,535,870.00, more or less, that was seized on October 13, 2010 from a Cessna Citation jet aircraft at the Salina Municipal Airport, 3237 Arnold Avenue, Salina, Saline County, in the District of Kansas. The funds are presently in the custody of the United States Marshal Service.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) is proceeds traceable to such an exchange; and/or 3) is money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7. Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.* Such facts and circumstances supporting the seizure and forfeiture of the defendant property are

contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

_____
COLIN D. WOOD
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS S.Ct. No. 19800

_____
ROBIN L. HATHAWAY
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS. S.Ct. No. 19376

## **DECLARATION**

I, Jack Smalley, am a Special Agent with the Drug Enforcement Administration in Wichita, Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of October, 2010.

_____
SA Jack Smalley
DEA

## AFFIDAVIT

I, Jack Smalley, being first duly sworn, depose and state:

1.     I am a Special Agent of the United States Drug Enforcement Administration, and have been since July, 1997. I am empowered to conduct investigations of, and to make arrests for, violations of Titles 18 and 21 of the United States Code.. I have participated in numerous drug investigations including monetary transactions and forfeitures involving the proceeds of specified unlawful activities and conspiracies. My training and experience includes the interviews of suspects, witnesses, and cooperating sources of information.

2.     The information contained in this affidavit is known to me through personal direct knowledge, and/or through information relayed to me by other law enforcement personnel, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is made in support of a complaint for forfeiture of $5,535,870.00, more or less, in United States currency.

3.     On October 13, 2010, DEA agents and officers of the Salina PD/I-70 Drug Task Force investigated a small chartered Cessna Citation jet aircraft refueling at the Salina Municipal Airport, 3237 Arnold Avenue, Salina, Saline County, in the District of Kansas. The aircraft was flying from New York to California and the four passengers were from Canada.

4.     During a consent search of the aircraft, twelve (12) pieces of luggage were found to contain $5,535,870.00 in U.S. currency, more or less, sealed in numerous large plastic bags. All occupants of the aircraft disclaimed ownership of the currency. A trained and certified Kansas Highway Patrol drug K-9 alerted to the odor of controlled substances on the currency.

5.     Based upon the information set forth herein, Affiant has probable cause to believe that the seized $5,535,870.00 in United States currency, more or less, constitutes money or other



GOVERNMENT EXHIBIT A

things of value furnished or intended to be furnished in exchange for a controlled substance, or proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21, USC, § 841 et. seq.

_____
SA Jack Smalley, DEA

Sworn to before me this 29th day of October, 2010.

_____
NOTARY

ROBIN H. ROWLAND
Notary Public - State of Kansas
My Appt. Expires 3/26/2013